

LEGAL MAIL