Petitioner's "COPY"

FILED
07 DEC 12 PM 2:53
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FREDERICK LEE BAKER,                )
                                    )
            Plaintiff,              )  CASE NO. CV 07 6289 CW (PR)
                                    )
    vs.                             )  PRISONER'S
                                    )  APPLICATION TO PROCEED
BEN CURRY, Warden, et al.,          )  IN FORMA PAUPERIS
Correctional Training Facility      )
            Defendant.              )  [Related Case No. C 04-3753]
_____)

I, Frederick Lee Baker, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?  Yes ____  No _XX_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A_____  Net: __N/A_____

Employer: __N/A_____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____   - 1 -