

## DECLARATION OF SERVICE BY MAIL

**(PR)**

FILED

DEC 1 0 2007

Case Name: In re FREDERICK LEE BAKER

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

   I, the undersigned, hereby certify that I am a resident of the state of California, County of Monterey.  I am over the age of 18 years and am a party to the within action.  My business/residence address is P.O. Box 689, Soledad, California, 93960-0689.

   On December 4, 2007, I caused to be served on the parties a true and correct copy of the attached **Petition for Writ of Habeas Corpus, four (4) declarations, and motion for judicial notice** as follow:

### U.S.MAIL

Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

   I declare under penalty of perjury that the following is true and correct.

_____
Declarant