FILED
2008 JAN 15 PM 3:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 07 6289 CW

FREDERICK LEE BAKER,

        Plaintiff,

vs.

BEN CURRY, Warden, et al.,
Correctional Training Facility,

        Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, __Frederick Lee Baker__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ___ No __XX__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__  Net: __N/A__

Employer: __N/A__

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  N/A (Incarcerated 27 years - Since 18th Birthday)
5  _____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.  Business, Profession or                Yes ___ No XX
10       self employment
11  b.  Income from stocks, bonds,             Yes ___ No XX
12      or royalties?
13  c.  Rent payments?                         Yes ___ No XX
14  d.  Pensions, annuities, or                Yes ___ No XX
15      life insurance payments?
16  e.  Federal or State welfare payments,     Yes ___ No XX
17      Social Security or other govern-
18      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21                              N/A
22  _____

23  3.  Are you married?  (Separated - Oct. 2005) Yes XX No ___
24  Spouse's Full Name: Linda Joyce Williams
25  Spouse's Place of Employment: N/A (Lives in Atlanta Georgia)
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $      N/A              Net $      N/A
28  4.  a.  List amount you contribute to your spouse's support: $ ___.00

1  b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A (no children)
_____

5. Do you own or are you buying a home?   Yes ___ No _xx_

Estimated Market Value: $_____00_____  Amount of Mortgage: $_____00_____

6. Do you own an automobile?   Yes ___ No _XX_

Make ___N/A___   Year ___N/A___   Model ___N/A___

Is it financed? Yes ___ No _XX_   If so, Total due: $___00___

Monthly Payment: $ ___00___

7. Do you have a bank account? Yes ___ No _XX_ (Do not include account numbers.)

Name(s) and address(es) of bank: ___N/A___
_____

Present balance(s): $ ___00___

Do you own any cash?  Yes ___ No _XX_   Amount: $ ___00___

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No _XX_
_____

8. What are your monthly expenses?

Rent: $ ___N/A___   Utilities: ___N/A___

Food: $ ___N/A___   Clothing: ___N/A___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ .00 | $ .00 |
| N/A | $ .00 | $ .00 |
| N/A | $ .00 | $ .00 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

None N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _XX_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

None N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1/10/2008
DATE

SIGNATURE OF APPLICANT

CV 07-6289 CW

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **BAKER C22918** for the last six months
[prisoner name]
**CORRECTIONAL TRAINING FACILITY** where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **20.17** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **22.51**.

Dated: **1-11-08**         _Brenda Nation, Acct Technician_
                           [Authorized officer of the institution]

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE

THE WITHIN ... IS A CORRECT
COPY OF THE ... ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: **1-11-08**
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE
_Account Technician_

```
                                                              00001000
                                                  PAGE NO:      1
                 CALIFORNIA DEPARTMENT OF CORRECTIONS
                    CTF SOLEDAD/TRUST ACCOUNTING
                    INMATE TRUST ACCOUNTING SYSTEM
                    INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: AUG. 12, 2007 THRU JAN. 11, 2008

ACCOUNT NUMBER : C22918                BED/CELL NUMBER: CFBWT3000000321L
ACCOUNT NAME   : BAKER, FRED LEE       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                       TRUST ACCOUNT ACTIVITY
     TRAN
DATE CODE DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----- ---- -------------- ---------- --------- ---------- ----------- -----------

08/12/2007   BEGINNING BALANCE                                          0.81

09/07 D554 INMATE PAYROL 0786 P18               27.00                  27.81
09/10*FR01 CANTEEN RETUR 700825                              2.68-     30.49
09/11*FC01 DRAW-FAC 1    0832 ML                            25.00       5.49
09/22 W512 LEGAL POSTAGE 1016 LPOST                          5.05       0.44
09/22 W512 LEGAL POSTAGE 1016 LPOST                          0.44       0.00
10/06 D554 INMATE PAYROL 1120 P7                22.11                  22.11
10/09 FR01 CANTEEN RETUR 701146                             25.00-     47.11
10/10 FC01 DRAW-FAC 1    1153 ML                            25.00      22.11
11/05 D554 INMATE PAYROL 1421 P3                25.87                  47.98
11/13 FC01 DRAW-FAC 1    1534 ML                            30.00      17.98
12/06 D554 INMATE PAYROL 1755 P 17              21.15                  39.13
12/19 W512 LEGAL POSTAGE 1946 LPOST                          1.82      37.31
12/21 W512 LEGAL POSTAGE 1957 LPOST                          1.99      35.32
12/21 W512 LEGAL POSTAGE 1957 LPOST                          1.82      33.50
   ACTIVITY FOR 2008
01/02*W415 CASH WITHDRAW 2030 FFEE  203437252                5.00      28.50
01/04 D554 INMATE PAYROL 2039 P3                24.75                  53.25
01/08 FC01 DRAW-FAC 1    2082 ML                            20.00      33.25
01/08 D300 CASH DEPOSIT  2111 67333             25.00                  58.25

                         TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL       TOTAL       CURRENT      HOLDS     TRANSACTIONS
   BALANCE    DEPOSITS  WITHDRAWALS    BALANCE     BALANCE    TO BE POSTED
  ---------- ---------- ----------- ------------- ---------- --------------
      0.81     145.88       88.44       58.25        0.00         5.00
  ---------- ---------- ----------- ------------- ---------- --------------
  ---------- ---------- ----------- ------------- ---------- --------------

                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                            -------------
  CORRECTIONAL TRAINING
  P.O. BOX 686                                  53.25
  SOLEDAD, CA  93960                         -------------
  ATTN: TRUST OFFICE                         -------------
```



ACCOUNT MAINTAINED
ATTEST: 1-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Nation
TRUST OFFICE
Account Technician