Frederick Lee Baker
C-22918 B-321
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689



OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND CA 94612-5212

CONFIDENTIAL
Legal-Mail