Frederick Lee Baker
C-22918 B-321
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689

**FILED**
JAN 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

January 10, 2008

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND CA 94612-5212

    RE: BAKER v. CURRY, In Forma Pauperis
        Application Case No. CV 07-6289 CW

Dear Clerk:

    On December 18, 2007, I submitted a five (5) dollar trust account request to the Trust Office for filing fee. The trust office mailed the money order to the Northern District Division in San Francisco, California on January 3, 2008. Please see attached receipt and accompanied letter. I will submit another five dollar trust account request to the Trust Office today, along with the trust account information the District Court has requested.

    Please know that I am doing everything I possibly can to comply with your notice. If you locate the five dollar filing fee that was forwarded to the Court on January 3, 2008, please notify me.

    Thanking you in advance for your assistance.

                                Sincerely,

                                Frederick L. Baker

STATE OF CALIFORNIA

NUMBER 203-437252

BAIL IS FILED
FILING FEE
TOTAL  $ 5.00

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NO. DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA
94102

203-437252

01/02/08

$****5.00*

NOT NEGOTIABLE
DUPLICATE

Mailed 1-3-08

Frederick L. Baker
Correctional Training Facility
C-22918, B-321L
P.O. Box 689
Soledad, Ca 93960-0689

December 18, 2007

DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102

Dear Clerk:

    Please find enclosed a five (5) dollar filling fee for Case No.CV 07 6289 CW, and a declaration of clarification. Please note that it was not my intension to file In Forma Pauperis and I am willing to pay the $5.00 filing fee required by the court. Therefore, there is no need to include the In Forma Pauperis forms and trust account statements.

    Once the document has been filed please return the copy marked Petitioner's "COPY" for my personal files.

    I would also like to know if the case entitled Frederick Lee Baker v. Anthony Kane, No. EDCV06-1323 JSL (MAN) has been transferred to your District from the United States Central District of California.

    Thanking you in advance for your assistance.

Sincerely,

Frederick L. Baker