```
Frederick L. Baker
Correctional Training Facility
Central-Facility                           ORIGINAL
C-22918
P.O. Box 689, B-321
Soledad, CA 93960-0689                     FILED

                                           FEB 20 2008

Petitioner in Pro Se                       RICHARD W. WIEKING
                                           CLERK, U.S. DISTRICT COURT
                                           NORTHERN DISTRICT OF CALIFORNIA
                                           OAKLAND
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. CV 07 6289 CW |
| ) | |
| FREDERICK LEE BAKER ) | DECLARATION OF CLARIFICATION OF |
| ) | ISSUES IN SUPPORT OF PETITION |
| On Habeas Corpus. ) | FOR WRIT OF HABEAS CORPUS |
| ) | |

I Frederick Lee Baker, declare:

1. That I am a resident of the State of California and the Petitioner in the above entitled matter. If sworn as a witness, I would competently testify to the facts contained herein because they are within my personal knowledge.

2. That the purpose of this declaration is to simplify and bring clarity to the alleged "complexities of the issues." (See Exh. C.)

3. That because of the Monterey Superior Court's failure to compel the state to follow habeas corpus procedure the state record was not fully developed to reflect a true and complete determination of the facts (28 U.S.C. § 2243; Pen. Code § 1484).

-1-
Decl.(5) of Fred L. Baker in Supp. of the Petition for Writ of Habeas Corpus

4. That had the record been fully developed the following facts would have been addressed:

    4.a) The method that was used to determine that a malfunction of the recordings equipment was the cause of the September 24, 2004 hearing decision not being recorded;

    4.b) the chief counsel and/or designee failed to utilize the correct application of the law (statutes or regulations) specifically Penal Code § 3041(b) and California Code of Regulations, title 15, § 2041(h), they failed to consult with the commissioners who conducted the hearing; and

    4.c) By failing to utilize 15 CCR § 2254 the chief counsel and/or designee did not avail themselves of a process for establishing all portions of the suitability hearing to ensure a statutory right to review (i.e., establishing a written summary of the hearing, a verbatim transcript of the hearing, including or incorporating by reference the evidence considered, the evidence relied on, and the findings of the hearing panel with supporting reasons [Pen. Code § 3042(c)].)

5. That because the state record was not fully developed, a federal adjudication is required by this Court to ensure that Petitioner receives a full and fair determination of the facts, as justice and the law requires.

Decl.(5) of Fred L. Baker in Supp. of the Petition for Writ of Habeas Corpus

1    I declare under penalty of perjury that the foregoing is
2 true and correct and that this declaration was executed
3 2/18/___, 2008 at Soledad, California.

_____
Frederick Lee Baker
Petitioner, Pro Se

-3-

Decl.(5) of Fred L. Baker in Supp. of the Petition for Writ of Habeas Corpus

## DECLARATION OF SERVICE BY MAIL

Case Name: FREDERICK LEE BAKER

I, the undersigned, hereby certify that I am a resident of the state of California, County of Monterey. I am over the age of 18 years and am a party to the within action. My business/residence address is P.O. Box 689, Soledad, California, 93960-0689.

On  2/15 , 2008, I caused to be served on the parties a true and correct copy of the attached MOTION FOR JUDICIAL NOTICE "Hayward v. Marshall, Case No. 06-55392, 2008 U.S. App. LEXIS 40, Declaration of Clarification, and Civil Docket No. ED CV 06-1323 JSL (MAN) as follow:

### U.S. MAIL

Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

I declare under penalty of perjury that the following is true and correct.

_____
Declarant