Frederick L. Baker
Correctional Training Facility
C-22918 / B-321U
P. O. Box 689
Soledad, CA 93960-068



$ 04.80

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

CONFIDENTIAL MAIL