Frederick L. Baker
Correctional Training Facility
C-22918 / B-321
P.O. Box 689
Soledad, CA 93960-689



OFFICE OF THE CLERK, U.S. DISTRICT
COURT NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
Oakland, CA 94612-5212

LEGAL MAIL

c/o DC✗   7/9/08

LEGAL MAIL

LEGAL MAIL

QUALITY PARK
10 x 15