RECEIVED
JUL 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE BAKER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>JAMES DAVIS, Chairman,<br>BOARD OF PAROLE HEARINGS; SUSAN<br>FISHER, ARCHIE BIGGERS, SANDRA<br>BRYSON, ROBERT DOYLE, JANICE ENG,<br>JACK GARNER, EDWARD MARTINEZ,<br>MICHAEL PRIZMICH, LINDA SHELTON,<br>ROLANDO MEJIA, DANIEL MOELLER,<br>and ARTHUR ANDERSON, Commissioners;<br>SANDRA MACIEL, Staff Services<br>Manager I, BPH Decision Processing<br>and Scheduling Unit, et. al.,<br><br>　　Defendants. | No. CV 07-6289 CW (PR)<br><br>[PROPOSED] ORDER GRANTING<br>PLAINTIFF'S MOTION FOR<br>PRELIMINARY INJUNCTION |

Plaintiff Frederick Lee Baker, has moved for a Preliminary Injunction pursuant to Federal Rule of Civil Procedure 60(d), seeking to enjoin Defendants and all other persons acting in concert with them from unlawfully destroying or disposing of the BPT-1000(a)-(b) Worksheets relied upon at parole consideration hearings. GOOD CAUSE APPEARING, the Court hereby issues the following Orders:

1. Defendants and all those acting in concert with them are enjoined from destroying or disposing the BPT-1000(a)-(b) Worksheets generated at parole hearings, prior to complete transcription.

1

2. The Clerk is directed to file the Motion for Preliminary Injunction submitted with Plaintiff's Notice for Preliminary Injunction and Declaration.

3. If Defendants James Davis, Susan Fisher, Archie Biggers, Sandra Bryson, Robert Doyle, Janice Eng, Jack Garner, Edward Martinez, Auther Anderson, Sandra Maciel and all other persons acting in concert with them wishes to be heard on this matter, they shall do so by filing briefs in opposition with this Court and serve upon Plaintiff within _____ days of issuance of this Order, showing cause why a preliminary injunction should not be issued.

4. The Preliminary Injunction shall continue until _____.

Dated _____

Claudia Wilken
United States District Judge