IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FREDERICK LEE BAKER,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>BEN CURRY, WARDEN,<br><br>　　　　　　　　Respondent. | No. C 07-06289 CW (PR)<br><br>**[PROPOSED] ORDER** |

　　　This Court considered Respondent's Request for an Extension of Time and good cause appearing,

　　　IT IS HEREBY ORDERED that Respondent's Request for an Extension of Time is **GRANTED**; Respondent shall respond to Petitioner's Motion for Preliminary Injunction by **August 20, 2008.**

　　　Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge