IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **FREDERICK LEE BAKER,** | No. C 07-06289 CW (PR) |
| Petitioner, | **ORDER** |
| **v.** | |
| **BEN CURRY, WARDEN,** | |
| Respondent. | |

This Court considered Respondent's Request for an Extension of Time and good cause appearing,

IT IS HEREBY ORDERED that Respondent's Request for an Extension of Time is **GRANTED**; Respondent shall respond to Petitioner's Motion for Preliminary Injunction by **August 20, 2008**.

Dated: 7/23/08

_____
CLAUDIA WILKEN
United States District Judge

Order

*Baker v. Curry*
No. C 07-06289 CW (PR)

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FREDERICK L. BAKER,

        Plaintiff,

v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-06289 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frederick Lee Baker C-22918
B-321
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689

Dated: July 23, 2008

                Richard W. Wieking, Clerk
                By: Sheilah Cahill, Deputy Clerk