Frederick L. Baker, C-22918
Correctional Training Facility
P.O. Box 689, B-321
Soledad, CA 93960-0689

CONFIDENTIAL
legal-Mail

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

