IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE BAKER,<br><br>        Petitioner,<br><br>  v.<br><br>BEN CURRY, Warden,<br><br>        Respondent.<br>_____/ | No. C 07-06289 CW (PR)<br><br>ORDER (1) DIRECTING RESPONDENT TO FILE RESPONSE TO PETITIONER'S MOTION FOR LEAVE TO AMEND PETITION; (2) ADDRESSING ISSUE INVOLVING TRANSFER OF PETITIONER'S PRIOR HABEAS ACTION IN THE CENTRAL DISTRICT TO THIS COURT |

    On December 12, 2007, Petitioner, a state prisoner, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court issued an order requiring Respondent to show cause why the petition for a writ of habeas corpus should not be granted. On July 14, 2008, Respondent filed a motion to dismiss the petition. Petitioner filed an opposition, and Respondent filed a reply.

    Before the Court is Petitioner's "Motion for Permission for Leave to Amend the Petition for Writ of Habeas Corpus Pursuant to Federal Rule of Civil Procedure 15(a)" (docket no. 26) in which Petitioner seeks to amend his petition "to include exhaustion of state appellate court remedies . . . ." (Mot. to Am. Pet. at 1.) Attached to Petitioner's motion is the October 10, 2008 decision by the California Court of Appeal denying his state habeas petition. (Mot. to Am. Pet., Ex. Z(2).) Also attached is Petitioner's state habeas petition filed in the appellate court on September 30, 2008. (Id.)

    The certificate of service shows the motion for leave to amend the petition was served on the Office of the Attorney General.

Respondent shall file a response to the motion for leave to amend the petition within <u>fourteen (14) days</u> of the date of this Order. Petitioner may file a reply within <u>thirty (30) days</u> of the date of his receipt of the response.

    The Court further notes that in 2006 Petitioner filed a habeas action in the United States District Court for the Central District of California. <u>See</u> <u>Baker v. Kane</u>, No. 06-cv-01323-JSL-MAN (C.D. Cal. Nov. 25, 2006) (habeas petition filed).  In an Order dated December 4, 2006, Magistrate Judge Margaret A. Nagle transferred Petitioner's prior habeas action to this Court.  (Dec. 4, 2006 Transfer Order in Central District Case No. 06-cv-01323-JSL-MAN.) However, to date, that action has not been transferred to this Court.  Therefore, this matter must be corrected.  Pursuant to Magistrate Judge Nagle's December 4, 2006 Order, the Clerk of the Central District Court of California is ordered to TRANSFER Petitioner's prior action filed under Central District Case No. 06-cv-01323-JSL-MAN forthwith to this Court.

    The Clerk of the Court is directed to send a copy of this Order to the Clerk of the Central District Court of California.

    IT IS SO ORDERED.

Dated: 2/2/09

                                CLAUDIA WILKEN
                                UNITED STATES DISTRICT JUDGE

<b>United States District Court</b><br>For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FREDERICK L. BAKER,

        Plaintiff,

v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-06289 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amanda Jane Murray
Denise Alayne Yates
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Frederick Lee Baker C-22918
B-321
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689

Clerk, U.S. District Court
Central District of California
826 Edward R. Roybal Federal Building
  and Courthouse
255 East Temple Street
Los Angeles, CA 90012-3332

Dated: February 2, 2009

                Richard W. Wieking, Clerk
                By: Sheilah Cahill, Deputy Clerk